■ CALEDONIA LINES, INC., Respondent, v. ESTATE OF PETER BOYER et al., Appellants. (Appeal No. 2.) — Same decision and memorandum as in *Joyce* v. *Estate of Boyer*, 46 A D 2d 727). (Appeal from judgment and order of Livingston Trial Term in action for damages to trailer.) Present — Marsh, P. J., Moule, Simons, Mahoney and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH J. WARD, Appellant. — Judgment insofar as it imposes sentence unanimously modified as a matter of discretion to reduce the sentence to a maximum term of 15 years and otherwise judgment affirmed. (See CPL 470.15, subd. 2, par. [c].) (Appeal from judgment of Erie Supreme Court convicting defendant of rape, first degree and other charges.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Goldman, JJ.